United States District Court
Southern District of Texas
**ENTERED**
June 30, 2026
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| REIDEL MARRERO CARDOSO, | § § | CIVIL ACTION NUMBER 4:26-cv-04878 |
| Petitioner, | § | |
| | § | |
| | § | |
| versus | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| | § | |
| RANDY TATE, *et al*, | § | |
| Respondents. | § | |

## ORDER

Pending is an advisory by Respondents indicating that Petitioner Reidel Marrero Cardoso was released from custody on June 23, 2026, pursuant to an immigration judge's order dismissing removal proceedings and ordering release. Dkt 5; see Dkts 5-1 & 5-2.

The challenged detention having now concluded, no live claims remain in this action.

This action is DISMISSED AS MOOT.

This is a FINAL JUDGMENT.

SO ORDERED.

Signed on __June 30, 2026__ , at Houston, Texas.

_____
Honorable Charles Eskridge
United States District Judge